**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Shahborn EMMANUEL, Defendant–
Appellant.**

No. 02–7763.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 10, 2003.

Decided March 10, 2003.

Shahborn Emmanuel, Appellant Pro Se. Keith Michael Cave, Office of the United States Attorney, Charlotte, North Carolina, for Appellee.

Before WIDENER, NIEMEYER, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Shahborn Emmanuel seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude on the reasoning of the district court that Emmanuel has not made a substantial showing of the denial of a constitutional right. *See United States v. Emmanuel*, Nos. CR–97–288–V; CA–00–411–3 (W.D.N.C. filed Sept. 12, 2002; entered Sept. 13, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*